No. D–969.  IN RE DISBARMENT OF FINKELSTEIN.  It is ordered that Joseph J. Finkelstein, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.